**665 McLAUGHLIN ET AL. vs. CIRCUIT JUDGE (Wayne), 57 M., 35.**

To vacate an order, made in a partition case, confirming the report of commissioners appointed therein and to set aside such report, for the reason that the commissioners proceeded without giving notice to complainants or their solicitors, but were attended by the solicitor for some of the defendants, who were tenants in common of the land, that such solicitor directed the commissioners in what manner to proceed, and prepared the report which they signed and filed.

Granted May 13, 1895.

**666 GREUSEL vs. CIRCUIT JUDGE (Wayne), No. 11750½.**

To compel respondent to confirm a commissioner's report.

Order to show cause denied February 10, 1891.

Upon bill for partition, the court had made a decree ordering a sale, and directing that the costs of complainant and of the guardian ad litem, and their expenses, be first deducted from the proceeds of the sale, and referred it to a commissioner to inquire and report the expenses of complainant and the guardian ad litem over and above their taxable costs.

The commissioner reported that the bills presented by the several solicitors, were, in his opinion, just and reasonable, and that the services rendered were necessary in the cause. The circuit judge, on exceptions filed, reduced the amount of the bills, presented, and it was held that the matter of costs, over and above those provided by statute, were within the discretion of the court.